In the Matter of Samuel R. Robinson, Formerly Known as Samuel Rabinowitz, an Attorney.— Reference ordered to Hon. William W. Pellet, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Louis H. Schleider, an Attorney.— Reference ordered to George W. Alger, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Samuel Schleimer, an Attorney.— Reference ordered to Hon. Joseph Rowan, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Samuel Seligsohn, an Attorney.— Reference ordered to Hon. Mark W. Potter, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Mordecai P. Springer, an Attorney.— Reference ordered to James N. Rosenberg, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Charles D. Sprung, an Attorney.— Reference ordered to Hon. Frederick Spiegelberg, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Thomas J. Stapleton, an Attorney.— Reference ordered to Geoffrey Konta, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Arthur Wayne Uran, an Attorney.— Reference ordered to Hon. James R. Sheffield, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of John F. Vail, an Attorney.— Reference ordered to Morris Hillquit, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Abraham H. Weinstein, an Attorney.— Reference ordered to Chauncey B. Garver, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Albert L. Wilbur, an Attorney.— Reference ordered to Henry Wollman, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Sophie Krellman, Respondent, v. Max Krellman and Others, Defendants, Impleaded with Aras Realty Corporation and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.